

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2017

No. 04-17-00524-CR

Lloyd Ray **MCKINNEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court At Law No 2, Guadalupe County, Texas
Trial Court No. CCL-16-1094
Honorable Frank Follis, Judge Presiding

# O R D E R

Appellant's brief is due on November 17, 2017. Before the due date, Appellant filed a first motion for a forty-five day extension of time to file the brief. In the motion, counsel states the extension will be "adequate to allow the completion of the brief."

Appellant's motion is GRANTED. Appellant's brief is due on January 2, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court